UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE ODELL SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>        Respondent. | No. 2:14-cv-01816 AC P<br><br>ORDER AND<br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the 2004 conviction and sentence challenged in this case. The previous application was filed on July 23, 2007, and was denied on the merits on October 20, 2010. See Smith v. Adams, 2:07-cv-01462-GEB-KJN (E.D. Cal.). A certificate of appealability was issued by this court and the Ninth Circuit Court of Appeals affirmed the judgment on January 25, 2013. Smith v. Adams, 506 Fed. Appx. 561 (9th Cir. 2013).

1	Before petitioner can proceed with the instant application, he must move in the United
2	States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider
3	the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed
4	without prejudice to its refiling upon obtaining authorization from the United States Court of
5	Appeals for the Ninth Circuit.
6	In accordance with the above, IT IS HEREBY ORDERED:
7	1. That this case be randomly assigned to a district court judge; and
8	2. That petitioner's application to proceed in forma pauperis is granted.
9	IT IS RECOMMENDED that this action be dismissed without prejudice.
10	These findings and recommendations are submitted to the United States District Judge
11	assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days
12	after being served with these findings and recommendations, petitioner may file written
13	objections with the court. The document should be captioned "Objections to Magistrate Judge's
14	Findings and Recommendations." Petitioner is advised that failure to file objections within the
15	specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
16	F.2d 1153 (9th Cir. 1991).
17	DATED: August 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2